IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01057-PAB-MEH

EDGAR RIVERA, on behalf of himself and all others similarly situated,

 Plaintiff,

v.

EXETER FINANCE CORP.,

 Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 5, 2015.**

 The Stipulated Motion for Entry of Protective Order [filed October 2, 2015; docket #26] is **granted**. The parties' Protective Order is accepted and filed contemporaneously with this Minute Order.