IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 1:15-cv-01057-PAB-MEH | Date: | March 3, 2016 |
| Courtroom Deputy: | Molly Davenport | FTR: | Courtroom A 501 |

*Parties:*  *Counsel:*

EDGAR RIVERA  David McDevitt

   Plaintiffs,

v.

EXETER FINANCE CORP.  John Chiles
 Zachary Miller
 Austin Smith

   Defendant.

**COURTROOM MINUTES
MOTION HEARING**

**3:03 p.m.    Court in session.**

Court calls case. Appearances of counsel. John Chiles appeared by telephone.

**ORDERED**:    Following oral argument, the [40] Motion for Protective Order from Discovery by Defendant Exeter Finance Corp. is GRANTED IN PART and DENIED IN PART without prejudice as stated on the record.

The defendant is to have a representative available with the proper security clearance to allow the plaintiff 3 hours to gather data.

Regardless of what data is obtained by the plaintiff, the data is to be preserved until the Court can hold another hearing.

**5:13 p.m.    Court in recess.**   Hearing concluded.
Total in-court time   02:10

*To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at (303) 988-8470.