IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01057-PAB-MEH

EDGAR RIVERA,

    Plaintiff,

v.

EXETER FINANCE CORP.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 28, 2020**.

    For good cause shown, Plaintiff's Motion for David N. McDevitt to Withdraw as Counsel [filed February 28, 2020; ECF 226] is **granted**. Mr. McDevitt's representation of Plaintiff in this case is terminated. Russell S. Thompson, IV will continue to represent the Plaintiff.

    In light of this order, Plaintiff's Unopposed Motion to Amend Discovery Order Regarding Backup Data [filed February 28, 2020; ECF 227] is **granted**. This Court's May 17, 2016 order (ECF 62) shall be modified as follows: Russell S. Thompson IV is the only individual authorized to be in possession of the backup data discussed, provided that David McDevitt shall have seven days from the entry of this order to deliver the backup data to Russell S. Thompson IV.