## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

### COURT FILE NO.: 15-cv-01057-MEH

Edgar Rivera, *on behalf of himself*
*and all others similarly situated*,
    Plaintiff

v.

Exeter Finance Corp.,
    Defendant

_____

### PLAINTIFF'S NOTICE OF SETTLEMENT
_____

Plaintiff Edgar Rivera and Defendant Exeter Finance Corp. have reached a settlement in this case. Plaintiff respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved and final dismissal paperwork may be filed


Dated: December 23, 2021

        Respectfully submitted,

        s/ Russell S. Thompson, IV
        Russell S. Thompson, IV
        Thompson Consumer Law Group, PC
        11445 E Via Linda, Ste. 2 #492
        Scottsdale, AZ 85259
        602-388-8898
        866-317-2674 facsimile
        rthompson@ThompsonConsumerLaw.com
        Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on December 23, 2021, I filed the foregoing document with the Court

using CM/ECF, which will send notification of such filing to all counsel of record.

s/ Russell S. Thompson, IV
Russell S. Thompson, IV