**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**COURT FILE NO.: 1:15-cv-01057-PAB-MEH**

Edgar Rivera, *on behalf of himself and all others similarly situated*,
    Plaintiff,

v.

Exeter Finance Corp.,
    Defendant.
_____

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**
_____

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties in this matter, through their undersigned counsel, stipulate and agree to voluntarily dismiss this matter with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: January 20, 2022

Respectfully submitted,

| | |
|---|---|
| s/ Russell S. Thompson, IV | s/ Brent D. Hitson |
| Russell S. Thompson, IV | Brent D. Hitson |
| Thompson Consumer Law Group, PC | Matthew T. Mitchell |
| 11445 E Via Linda, Ste. 2 #492 | Burr & Forman, LLP |
| Scottsdale, AZ 85259 | 420 North 20th Street |
| Telephone: 602-388-8898 | Suite 3400 |
| Facsimile: 866-317-2674 | Birmingham, AL 35203 |
| rthompson@ThompsonConsumerLaw.com | Telephone: 205-251-3000 |
| | Facsimile: 205-458-5100 |
| Attorney for Plaintiff | bhitson@burr.com |
| | mmitchell@burr.com |
| | |
| | Attorneys for Defendant |

1

## CERTIFICATE OF SERVICE

I certify that on January 20, 2022, I filed the foregoing document with the Court using CM/ECF, which will send notification to Defendant through counsel of record as follows:

Brent D. Hitson
Matthew T. Mitchell
Burr & Forman, LLP
420 North 20th Street
Suite 3400
Birmingham, AL 35203
bhitson@burr.com
mmitchell@burr.com

                s/ Russell S. Thompson, IV
                Russell S. Thompson, IV